TOEPEL v. WAYNE CIRCUIT JUDGE.

CONTEMPT—REVIEW—CERTIORARI—MANDAMUS.
  Mandamus or certiorari will not be granted to review the ruling on a motion to quash contempt proceedings prior to the final determination thereof.

Mandamus by Otto T. Toepel to compel Joseph W. Donovan, circuit judge of Wayne county, to quash certain contempt proceedings. Submitted November 28, 1904. (Calendar No. 20,837½.) Writ denied November 30, 1904.

*Alex. J. Groesbeck* and *Edwin Henderson*, for relator.

PER CURIAM. Application for writ of mandamus or certiorari to review a motion to quash contempt proceedings. Denied for reason that these writs are not proper remedies at this stage of the proceedings. See following authorities: *Palms* v. *Campau*, 11 Mich. 109; *Detroit, etc., R. Co.* v. *Backus*, 48 Mich. 582; *Grand Rapids, etc., R. Co.* v. *Weiden*, 69 Mich. 572; *People* v. *Thompson*, 108 Mich. 583; 4 Enc. Pl. & Prac. 236. Also the following unreported memorandum cases: *Detroit, etc., R. Co.* v. *Salliotte* (19,972½), decided May 13, 1903, and *In re Keenan* (20,581½), decided June 16, 1904.